**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF MULTIJURISDICTIONAL PRACTICE (NAAMJP), et al.,** | : : : : | |
| **Plaintiffs,** | : | **CIVIL ACTION** |
| | : | **No. 13-7382** |
| **v.** | : | |
| | : | |
| **HON. CHIEF JUSTICE RONALD D. CASTILLE, et al.,** | : : | |
| **Defendants.** | : | |

**ORDER**

This 11th day of December, 2014, it is **ORDERED** that Plaintiffs' Motion for Summary

Judgment is **DENIED**, and Defendants' Motion for Summary Judgment is **GRANTED**.


_____/s/ Gerald Austin McHugh_
United States District Court Judge